# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL THORNE, JR.,** *et al.,* | : | |
| | : | |
| Plaintiff, | : | Case No. 2:05-cv-0001 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **STEUBENVILLE POLICE OFFICER,** | : | **Magistrate Judge Abel** |
| **JOHN LELLES,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

This matter came before the Court during the Final Pretrial Conference on Wednesday, November 29, 2006. During said conference the Court ruled on the following motions:

Defendants' Motion to Bifurcate Issues for Trial [doc. 87] is **MOOT**.

Defendants' Motion In Limine Requesting the Plaintiffs be Barred from Presenting any Expert Testimony [doc. 89] is **DENIED**.

Defendants' Motion In Limine Requesting that Plaintiffs be Barred from Presenting Evidence of Permanent Injury [doc. 90] is **DENIED**.

Defendants' Motion in Limine Requesting that Plaintiffs be Barred from Presenting Evidence of Lost Wages [doc. 91] is **DENIED**.

Plaintiffs' Motion for Leave to File Pretrial Filings Instanter [doc. 94] is **GRANTED**.

Plaintiffs' First Motion In Limine – Polygraph Testimony [doc. 97] is **MOOT**.

Plaintiffs' Objections to the Penny Keeder Deposition Being Read into Evidence at Trial [doc. 102] is **DENIED**.

Plaintiffs' Objection to the Reading of the Deposition of Dr. Friedman at Trial [doc. 105]

is **GRANTED**.

Plaintiffs' Second Motion In Limine – Legal Opinion of City Attorney [doc. 106] is **MOOT**.

Defendants' Objections to Certain of Plaintiffs' Trial Witnesses [doc. 109] is **MOOT**.

**IT IS SO ORDERED.**

                                        s/Algenon L. Marbley
                                    **ALGENON L. MARBLEY**
                                    **UNITED STATES DISTRICT JUDGE**

**DATED:  November 29, 2006**